# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RALPH ALEXANDER MEDINA,

        Defendant.

Case No. 2:20-cr-00260-JAD-VCF

**<u>ORDER</u>**

ECF No. 27

       Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, July 12, 2021 at 2:00 p.m., be vacated and continued to August 9, 2021, at 2:00 p.m.

       DATED this 12th day of July 2021.

_____
UNITED STATES DISTRICT JUDGE