UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH ALEXANDER MEDINA,<br><br>    Defendant. | Case No. 2:20-cr-00260-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 29 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, August 9, 2021 at 2:00 p.m., be vacated and continued to October 4, 2021, at 9:30 a.m.

DATED this 6th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE