**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00260-JAD-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 40 |
| RAPLH ALEXANDER MEDINA, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, January 10, 2022 at 11:00 a.m., be vacated and continued to February 7, 2022, at 10:00 a.m.

DATED this 6th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE